

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Guzman Martinez et al.,* S9 19 Cr. 536 (PKC)

Dear Judge Castel:

The Government respectfully writes to request that the Court schedule a change-of-plea hearing for defendant Jorge Miranda-Sang in the above-captioned case. Defense counsel for defendant Miranda-Sang and the Government have conferred and are available the following dates and times for a change-of-plea hearing:

June 2, 2022: 12:00 p.m. to 4:00 p.m.
June 3, 2022: 10:00 a.m. to 12:00 p.m.
June 8, 2022: 2:00 p.m. to 5:00 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: [signature]
Juliana N. Murray / Ryan B. Finkel /
Peter J. Davis
Assistant United States Attorneys
(212) 637-2314 / -6612 / -2468

Plea scheduled for June 3, 2022 at
9:30 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 6/2/2022

[signature]
P. Kevin Castel
United States District Judge

cc: Counsel (by ECF)