UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     21 CR 234 (PKC)

       -against-                                      ORDER

JORGE MIRANDA-SANG,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Sentencing Jorge Miranda-Sang originally scheduled for September 15, 2022 p.m. is adjourned to September 22, 2022 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                        P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           July 18, 2022