UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       19-cr-536 (PKC)

                  -against-

                                                       <u>ORDER</u>

JORGE MIRANDA-SANG,
                                 Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

          On November 29, 2022, this Court sentenced defendant Miranda-Sang principally to a term of 240 months' imprisonment.  (Minute Entry, ECF 365.)  On January 10, 2024, defendant moved for a sentence reduction under 18 U.S.C. § 3582(c), pursuant to Amendment 821.  (ECF 507.)  At the time, the United States Probation Department issued a report indicating that defendant was not eligible for a sentence reduction.  In an Order dated April 15, 2024, the Court denied defendant's motion.  (ECF 539.)

          On July 23, 2024, defendant renewed his application for a sentence reduction pursuant to Amendment 821.  (ECF 568.)  As explained in the April 15 Order, applying Amendment 821 reduces the defendant to 4 criminal history points.  (ECF 539 at 2.)  This puts defendant in Criminal History Category ("CHC") III, the CHC he was at the time of sentencing. (<u>Id.</u>)  As Amendment 821 does not change his Guidelines range, defendant is ineligible for a sentence reduction under § 3582(c).  <u>United States v. King</u>, 813 F. App'x 690, 692 (2d Cir. 2020) (holding that a sentencing court cannot reduce a defendant's sentence if a retroactive amendment does not have the effect of lowering the defendant's applicable guideline range).

It is hereby ORDERED that the defendant is ineligible for a sentence reduction under Amendment 821 and the motion (ECF 568) is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  May 6, 2025
        New York, New York

COPY MAILED TO:

Jorge Miranda-Sang
No. 32665-069
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640